IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RONALD JACKSON, | ) | |
| PHILIP MOORE, | ) | |
| RICHARD TIBBS, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the government's motion to dismiss superseding indictment as to Defendants Ronald Jackson, Philip Moore and Richard Tibbs (filing 155) is granted.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge